William Adler, *Respondent, v.* Charles F. A. Heinricks, *Appellant.*—Appeal withdrawn.

Cuno Van Trotha, *Respondent, v.* The Long Island Railroad Company, *Appellant.*—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Augustus R. Griffin, *Receiver, etc., Respondent, v.* The Long Island Railroad Company, *Appellant.*—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Annie M. Wooley, *Appellant, v.* Francis B. Baldwin, *Respondent.* — Order sustaining defendant's demurrer affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Kate Molbus, *Appellant, v.* Henry Herrmann, *Respondent.* — Order striking out five paragraphs of the complaint affirmed, with costs and disbursements. Opinion by Pratt, J.

The People of the State of New York *ex rel.* Stephens *v.* J. Benedict See and others. — Motion to correct order denied, with ten dollars costs. Motion for reargument denied, with ten dollars costs. Opinion by Barnard, P. J.

Henry Hoffman, *Respondent, v.* William S. Marrin and others, *Appellants.* — Motion denied, without costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The People of the State of New York, *Respondent, v.* Darius Truesdell, *Appellant.* — Conviction and judgment affirmed. Opinion by Dykman, J.

William Matthews, *Appellant, v.* George H. Shaffer, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Emily L. Easton, *Appellant, v.* Edward Booth, *Respondent.* — Order changing place of trial affirmed, with costs and disbursements. Opinion by Dykman, J.

Josiah Partridge, *Appellant, v.* John C. Brown and others, *Respondents.* — Order vacating attachment affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Charles B. Herrick and others, *Respondents, v.* George P. Van Wyck, *Appellant.* — Order referring action affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Eugene G. Barrows and others, *Appellants, v.* Thomas W. Bowers and others, *Respondents.* — Order vacating attachment reversed, with costs and disbursements and motion denied. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Edward E. Britton, *Respondent, v.* The United States Illuminating Company, *Appellant.* — Order denying motion for bill of particulars, affirmed, with costs and disbursements. Opinion by Barnard, P. J.